Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Portia Mason*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TAO GROUP INC. d/b/a LAVO RISTORANTE, a New York corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:23-CV-00298-FMO-MAR<br><br>Honorable Judge Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 16, 2023<br>Trial Date: None |

Plaintiff Portia Mason ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled.  A notice of dismissal with prejudice as to Plaintiff's claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement.

Dated: April 21, 2023                                    Respectfully Submitted,

                                                         /s/ Carolin K. Shining
                                                         Thiago M. Coelho
                                                         Carolin K. Shining
                                                         **WILSHIRE LAW FIRM**
                                                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 21, 2023                                    */s/ Carolin K. Shining*

                                                                    Carolin K. Shining

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137