Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>TAO GROUP INC. d/b/a LAVO RISTORANTE, a New York corporation; and DOES 1 to 10, inclusive,<br><br>       Defendants. | CASE NO.: 2:23-cv-00298-FMO-MAR<br><br>Honorable Judge Fernando M. Olguin<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Portia Mason ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

///
///
///
///

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

1

Dated: May 9, 2023                    Respectfully Submitted,


                                      */s/ Carolin K. Shining*
                                      Carolin K. Shining
                                      **WILSHIRE LAW FIRM**
                                      *Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 9, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 9, 2023

*/s/ Carolin K. Shining*
Carolin K. Shining

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

3
NOTICE OF VOLUNTARY DISMISSAL